IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEN OF THE FAMILY OWENS (MAN), Plaintiff, | : : : : | |
| v. | : : | CIVIL ACTION NO. 18-CV-3792 |
| 42 U.S.C. 654(3) PENNSYLVANIA BUREAU OF CHILD SUPPORT ENFORCEMENT AND THE 45 CFR 302.34 CONTRACTORS THEREOF OFFENDERS, *et al.*, Defendants. | : : : : : : : | FILED SEP 11 2018 KATE BARKMAN, Clerk By_____Dep. Clerk |

## ORDER

AND NOW, this 10th day of September, 2018, upon consideration of Plaintiff Ken of the Family Owens (Man)'s Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Owens's claims seeking review of orders entered in his state child support proceedings are **DISMISSED** for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. Owens's 42 U.S.C. § 1983 claims against the Pennsylvania Bureau of Child Support Enforcement, the Domestic Relations Section of the Court of Common Pleas of Delaware County, and Judge Linda A. Cartisano are **DISMISSED with prejudice**. His claims against "Contractors Thereof" are **DISMISSED without prejudice** to his right to file an amended complaint, as set forth below.

4. Owens is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that he can state a plausible claim for relief against an individual or entity subject to suit under 42 U.S.C. § 1983. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Owens's claims against each defendant. If Owens files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Owens a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Owens may use this form to prepare his amended complaint.

6. If Owens fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

_____
JUAN R. SANCHEZ, C.J.