IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEN OF THE FAMILY OWENS (MAN),<br>    Plaintiff, | : : : : | |
| v. | : : | CIVIL ACTION NO. 18-CV-3792 |
| 42 U.S.C. 654(3) PENNSYLVANIA BUREAU OF CHILD SUPPORT ENFORCEMENT AND THE 45 CFR 302.34 CONTRACTORS THEREOF OFFENDERS, *et al.*,<br>    Defendants. | : : : : : : : | |

## ORDER

AND NOW, this 5th day of October, 2018, upon consideration of *pro se* Plaintiff Ken of the Family Owens (Man)'s "Demand for Dismissal for Lack of IV-D Jurisdiction, Fraud in the Inducement by Undue Influence" (ECF No. 7), which the Court construes to be his Amended Complaint, it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Owens's claims seeking review of orders entered in his state child support proceedings are **DISMISSED** for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. Owens's 42 U.S.C. § 1983 claims against the Pennsylvania Bureau of Child Support Enforcement, the Domestic Relations Section of the Court of Common Pleas of Delaware County, and Judge Linda A. Cartisano are **DISMISSED with prejudice**. Owens may not file a second amended complaint in this matter.

2. The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          /s/ Juan R. Sánchez
                                          **JUAN R. SÁNCHEZ, C.J.**